UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24161-CIV-GRAHAM
MAGISTRATE JUDGE P. A. WHITE

ANDREW DAVID MARSHALL,          :

      Plaintiff,          :

v.                              :          REPORT OF
                                           MAGISTRATE JUDGE
DEBORAH HICKEY, WARDEN,         :

      Respondent.          :
_____

     The pro-se petitioner Andrew David Marshall filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241. The petitioner claims he has been denied a speedy trial, denied bond and the Court lacks jurisdiction to try him in his pending criminal case 07-20569-cr-Lenard.

     The petitioner was charged with violating provisions of the National Firearms Act (NFA), 26 U.S.C. §5821, et seq for making and possessing un-serialized parts "silencers" under 18 U.S.C. §921(a)(24). The petitioner was detained at the Miami Federal Detention Center, and then sent to the Federal Medical Center at Lexington for a psychological competency evaluation to determine if he was competent to stand trial. He has since been returned to the Federal Detention Center. The respondent is therefore no longer Deborah Hicky, the Warden at FMC-Lexington.

     The petitioner is collaterally attacking the indictment in his case, arguing his innocence, and claiming that privately retained counsel has ineffectively prepared for trial.(DE#2 p5).

This is an ongoing criminal proceeding. Issues related to the petitioner's guilt or innocence, his counsel's effectiveness and the denial of motions filed in his criminal case are all issues that must be raised in his criminal proceedings, to the District Judge presiding over his case.

Review of the criminal docket reveals that a hearing has been set before Magistrate Judge William C.Turnoff to determine whether the petitioner is competent to represent himself. Whether the petitioner continues this case with counsel, or pro-se, he must address his issues to United States District Judge Joan A. Lenard, the presiding Judge in his case.

It is therefore recommended that this petition be dismissed.

Objections to this Report may be filed with the District Judge within fourteen days following receipt.

Dated this 3rd day of January, 2011.


_____
UNITED STATES MAGISTRATE JUDGE


cc:  Andrew David Marshall, Pro Se
     78814-004
     FDC, Miami
     Address of Record

2